SAMSUNG ELECTRICAL CO., LTD., ET AL., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, ZENITH ELECTRONICS CORP., INTERVENOR

Court No. 84–06–00732

BEFORE WATSON, *Judge.*